UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TAVIA WAGNER,

     Plaintiff,

v.                                 Case No. 6:18-cv-728-Orl-37GJK

SHANRI HOLDINGS CORP.,

     Defendant.
_____

## ORDER OF DISMISSAL

This cause is before the Court upon the Joint Notice of Settlement (Doc. 53) filed by the parties indicating that this case has settled.   Accordingly, it is **ORDERED AND ADJUDGED**:

1.   That the above-styled cause is hereby **DISMISSED WITH PREJUDICE**, subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2.   All pending motions are denied as moot and all deadlines and hearings are terminated.

3.   The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 7, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record